Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA BROWNE, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. formerly known as SANOFI-AVENTIS U.S. INC.,<br><br>      Defendants. | Case No. 2:23-cv-01643-JLR<br><br>STIPULATED NOTICE OF PENDING SETTLEMENT AND MOTION TO STAY PROCEEDINGS<br><br>NOTE ON MOTION CALENDAR: |

**NOTICE OF PENDING SETTLEMENT AND MOTION TO STAY PROCEEDINGS**

Plaintiffs Lisa Browne and Keith Browne and Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement, which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

STIPULATED NOTICE AND MOTION TO STAY PROCEEDINGS
(Case No. 2:23-cv-01643-JLR) Page | 1

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

Dated: December 27, 2023

By: */s/ Alexandra Caggiano*
Alexandra Caggiano
Weinstein Caggiano PLLC
WSBA # 47862
600 University Street, Suite 1620
Seattle, Washington 98101
Tel. (206) 508-7070
Fax: (206) 237-8650
Email: alex@weinsteincaggiano.com

*Attorneys for Plaintiff*

By: */s/ Steven W. Rich*
Steven W. Rich
Shook, Hardy & Bacon L.L.P.
WA Bar No. 48444
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Telephone: (206) 344-7600
Facsimile: (206) 344-3113
E-mail: srich@shb.com

*Attorney for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Steven W. Rich*
Steven W. Rich

STIPULATED NOTICE AND MOTION TO STAY PROCEEDINGS
(Case No. 2:23-cv-01643-LK) Page | 2

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA BROWNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. formerly known as SANOFI-AVENTIS U.S. INC., <br><br> Defendants. | Case No. 2:23-cv-01643-JLR <br><br> [PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS |

## ORDER GRANTING STAY OF PROCEEDINGS

The parties have advised the Court (Dkt. #19) that they have reached an agreement in principle for the complete resolution of this matter. They have further advised that they are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case.

The parties have asked the Court to vacate all pending deadlines and stay this case for six months, through and including May 24, 2024.

The Court therefore ORDERS that this case and all pending deadlines are stayed until May 24, 2024. At that time, the parties shall file a status report informing the Court of the settlement status of this case, or shall file a motion for appropriate relief.

ORDER GRANTING STAY OF PROCEEDINGS
(Case No. 2:23-cv-01643-JLR) Page | 1

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

1
2   Presented by: */s/ Steven W. Rich*
3
4   Dated this 3rd day of January 2024.
5
6                                       _____
7                                       UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STAY OF PROCEEDINGS
(Case No. 2:23-cv-01643-LK) Page | 2

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600