Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA BROWNE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. formerly known as SANOFI-AVENTIS U.S. INC.,<br><br>　　　　　　Defendants. | Case No.  2:23-cv-01643-JLR<br><br>[<s>PROPOSED</s>] ORDER GRANTING STAY OF PROCEEDINGS |

## ORDER GRANTING STAY OF PROCEEDINGS

The parties have advised the Court that they need more time to finalize settlement. *See* ECF No. 21, 25.

The parties have asked the Court to extend its previously granted stay, ECF No. 20, for another six months, through and including December 10, 2024.  *See* ECF No. 23, 25.

The Court therefore ORDERS that this case and all pending deadlines are stayed until December 10, 2024.  At that time, the parties shall file a status report informing the Court of the settlement status of this case, or shall file a motion for appropriate relief.

ORDER GRANTING STAY OF PROCEEDINGS
(Case No. 2:23-cv-01643-JLR) Page | 1

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

Presented by: */s/ Steven W. Rich*

Dated this 8th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STAY OF PROCEEDINGS
(Case No. 2:23-cv-01643-LK) Page | 2

Shook, Hardy& Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600